IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KOBE MILAM, ) | |
|     Plaintiff, ) | Civil Action No. 7:23cv00360 |
| ) | |
| v. ) | **OPINION and ORDER** |
| ) | |
| BRIAN AKERS, et al., ) | By:  Robert S. Ballou |
|     Defendants. ) | United States District Judge |

Plaintiff, proceeding *pro se*, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By order entered June 20, 2023, the court directed the plaintiff to notify the court in writing immediately upon plaintiff's transfer or release and provide a new address.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

On September 21, September 29, November 6, 2023, and December 6, 2023, mail from the court to the plaintiff was returned as undeliverable.  On October 5, 2023, the accountant at Lunenburg Correctional Center notified the court that plaintiff had been released on parole on September 11, 2023.  To date, plaintiff has not advised the court of a new address.  Accordingly, it is

**O R D E R E D**

that plaintiff's complaint is **DISMISSED without prejudice** and **STRICKEN** from the docket of this court.

The Clerk is directed to send a copy of this order to the plaintiff.

Enter:  December 19, 2023

*/s/ Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge